UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICARDO JAIME BORROTO,

                    Petitioner,

          v.

TODD BLANCHE ET AL.,

                    Respondents.

Case No. C26-1928-SKV

ORDER SETTING RELEASE
DEADLINE

Having received the parties' supplemental briefing, Dkts. 17-19, the Court hereby ORDERS that Petitioner be released from immigration custody without delay and within no more than forty-eight (48) hours to permit his counsel opportunity to facilitate safe travel arrangements. Respondents are ORDERED to confirm that Petitioner has been released within seventy-two (72) hours.

Dated this 13th day of July, 2026.

_____
S. KATE VAUGHAN
United States Magistrate Judge

ORDER SETTING RELEASE DEADLINE - 1